# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WEI ZHOU,**

        Petitioner,

    -vs-                                             Case No. 13-C-1354

**J.B. VAN HOLLEN,**

        Respondent.

## DECISION AND ORDER

      Wei Zhou is no stranger to this Court, as he is currently subject to a filing bar in this judicial district. *Zhou v. Marquette University*, Case No. 07-C-958, ECF Nos. 47, 55. At first blush, the above-captioned matter, a petition for a writ of habeas corpus, seems like a blatant end-run around the filing bar, which has an explicit exception for any "habeas corpus claim alleging that Zhou is being detained or held in an institution against his will and in violation of his federal or constitutional rights." However, on November 13, 2013, Zhou was found guilty of violating a restraining order obtained on behalf of Marquette University. *State of Wisconsin v. Zhou*, 2012CM002153 (Milwaukee County Circuit Court). Zhou filed this petition on December 2, then he was sentenced on December 13. Zhou cannot seek relief in federal court before he exhausts his remedies in state court. 28 U.S.C. § 2254(d). He fails to state a colorable claim in any event. *Id.*

      Since it appears from the petition that Zhou is not entitled to relief in federal

district court, Rule 4, Rules Governing Section 2254 Proceedings, his petition is **DENIED** and this matter is **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly. The Court will not issue a certificate of appealability. Rule 11(a).

Dated at Milwaukee, Wisconsin, this 18th day of December, 2013.

BY THE COURT:

*Rudolph T. Randa*
HON. RUDOLPH T. RANDA
U.S. District Judge