UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**WEI ZHOU,**

        Petitioner,

    -vs-                                      Case No. 13-C-1354

**J.B. VAN HOLLEN,**

        Respondent.

## DECISION AND ORDER

The Court addressed this matter under the assumption that it was a claim for relief under 28 U.S.C. § 2554 (if not, the Court would have rejected this filing entirely pursuant to the *Mack* order that was already in place, *see* Case No. 07-C-958, ECF Nos. 47, 55). After dismissal and the entry of judgment, Wei Zhou filed a motion to "change the judge." Assuming, once again, that this filing relates to a claim under the auspices of § 2254, the Court will address Zhou's motion rather than returning it unfiled. Zhou's motion [ECF No. 9] has no merit, *see* 28 U.S.C. § 455 (describing standards for disqualification), so it is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of January, 2014.

                                            **BY THE COURT:**

                                            _____
                                            **HON. RUDOLPH T. RANDA**
                                            **U.S. District Judge**